1114

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.  [201 Misc. 39.]  [See 280 App. Div. 901.]

ALLIED CHEMICAL & DYE CORPORATION (THE BARRETT DIVISION), on Behalf of Itself and All Other Persons Entitled to a Share in the Fund Received or Property Received by THOMAS VENEZIA, Individually and Doing Business as VENEZIA CONSTRUCTION COMPANY, and/or LUCY M. VENEZIA, as Administratrix of the Estate of THOMAS VENEZIA, Deceased, from the State of New York, in Connection with the Construction of a Certain Public Improvement Pursuant to a Contract with the State of New York, Respondent, v. LUCY M. VENEZIA, as Administratrix of the Estate of THOMAS VENEZIA, Deceased, Appellant, et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.